UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER OJINGWA, | No. 2:25-cv-3496-DAD AC PS |
| Plaintiff, | |
| v. | ORDER |
| CAPITAL ONE FINANCIAL CORPORATION, | |
| Defendant. | |

Plaintiff is proceeding in this action in pro se. The action was accordingly referred to the undersigned for pretrial purposes by E.D. Cal. R. ("Local Rule") 302(c)(21). This action was removed from Sacramento County Superior Court on December 3, 2025. ECF No. 1. On December 10, 2025, defendant filed a motion to dismiss, set to be heard on February 2, 2026 by the district judge assigned to this case. ECF No. 6. The district judge vacated the hearing with instructions for defendant to re-notice the motion for a hearing before the undersigned, which defendant did on December 15, 2025. ECF Nos. 7-8. The undersigned ordered the motion submitted without appearance or argument. ECF No. 9.

Pursuant to Local Rule 230(c), plaintiff was required to file an opposition or notice of non-opposition within 14 days of the motion being filed. In this case, even if rescheduling the hearing reset the motion briefing schedule, the deadline for plaintiff's opposition was December

1

1  29, 2025.  To date, plaintiff has not filed an opposition or statement of non-opposition.

2        Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why the failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute.  The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order.  If plaintiff fails to respond, the undersigned will recommend that this case be dismissed for failure to prosecute pursuant to Local Rule 110.

      IT IS SO ORDERED.

DATED: January 7, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE