# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ALEXANDER OJINGWA,

　　　　　　Plaintiff,

v.

CAPITAL ONE FINANCIAL
CORPORATION,

　　　　　　Defendant.

Case No. 2:25-cv-03496-DAD-AC

*Assigned to District Judge Dale A. Drozd; Referred to Magistrate Judge Allison Claire*

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEFENDANT CAPITAL ONE, N.A.'S DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT BY SEVEN DAYS**

[*Stipulation filed concurrently herewith*]

Complaint Filed:　09/24/2025
FAC Filed:　　　　04/15/2026

ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT CAPITAL ONE, N.A. TO RESPOND
TO FIRST AMENDED COMPLAINT BY SEVEN (7) DAYS

## ORDER

Having duly considered the Stipulation to Extend Defendant Capital One, N.A.'s Deadline to Respond to First Amended Complaint by Seven Days submitted by the Parties, **IT IS HEREBY ORDERED THAT:**

The Stipulation is GRANTED and Defendant Capital One, N.A. shall file its Response to Plaintiff's First Amended Complaint on or before May 13, 2026.

DATED: May 6, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT CAPITAL ONE, N.A. TO RESPOND TO FIRST AMENDED COMPLAINT BY SEVEN (7) DAYS