# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

ALEXANDER OJINGWA,

Plaintiff,

v.

CAPITAL ONE FINANCIAL
CORPORATION,

Defendant.

Case No. 2:25-cv-03496-DAD-AC

*Assigned to District Judge Dale A. Drozd; Referred to Magistrate Judge Allison Claire*

**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND DEFENDANT CAPITAL ONE, N.A.'S DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT AND MOTION TO REMAND BY SEVEN DAYS**

[*Stipulation filed concurrently herewith*]

Complaint Filed:   09/24/2025
FAC Filed:          04/15/2026

ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT CAPITAL ONE, N.A. TO RESPOND TO FIRST AMENDED COMPLAINT AND MOTION TO REMAND BY SEVEN (7) DAYS

## **ORDER**

Having duly considered the Stipulation to Extend Defendant Capital One, N.A.'s Deadline to Respond to First Amended Complaint and Motion to Remand by Seven Days submitted by the Parties, **IT IS HEREBY ORDERED THAT:**

The Stipulation is GRANTED and Defendant Capital One, N.A. shall:

(1) File its response to Plaintiff's First Amended Complaint on or before May 20, 2026;

(2) File its response to Plaintiff's Motion to Remand on or before May 27, 2026.

DATED: May 13, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2

ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT CAPITAL ONE, N.A. TO RESPOND TO FIRST AMENDED COMPLAINT AND MOTION TO REMAND BY SEVEN (7) DAYS