UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER OJINGWA,<br>Plaintiff,<br>v.<br>CAPITAL ONE FINANCIAL CORPORATION,<br>Defendant. | No. 2:25-cv-3496 DAD AC PS<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION TO REMAND</u><br><br>(Doc. Nos. 22, 36) |

This action was removed to this federal court from the Sacramento County Superior Court by defendant Capital One on December 3, 2025. (Doc. No. 1.) Plaintiff is proceeding pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

After filing amended complaints, on April 15, 2026, plaintiff filed a motion to remand the action to state court. (Doc. No. 22.) After the motion was briefed, on June 17, 2026, the assigned magistrate judge issued corrected findings and recommendation recommending that plaintiff's motion to remand the case to state court be granted. (Doc. No. 36.) Specifically, the magistrate judge found that in his amended complaint, plaintiff no longer asserted claims under either the Fair Credit Reporting Act or the Fair Debt Collection Practices Act, both of which established federal question jurisdiction under 28 U.S.C. § 1331, and instead now asserted only contract, tort, and statutory claims under California law. (*Id.* at 2.) Although the magistrate judge agreed that

these circumstances did not alone compel remand, after weighing the relevant factors of considerations of judicial economy, convenience, fairness, and comity the magistrate judge recommended that the court decline to exercise supplemental jurisdiction over plaintiff's state law claims and remand this case to state court. (*Id.* at 3.)

The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty–one (21) days of service. (*Id.* at 4.) Neither party filed objections to the pending findings and recommendations and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued June 17, 2026 (Doc. No. 36), are adopted in full;
2. Plaintiff's motion to remand this action (Doc. No. 22) is GRANTED;
3. The case is remanded forthwith to the Sacramento County Superior Court; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 25, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE